UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:
John and Brandy Ferris

Case No.16-_____
Chapter 7

Debtors

### CERTIFICATION OF NO EMPLOYMENT INCOME

I declare under penalty of perjury that I have had no income from employment from sixty (60) days prior to filing this case.

This 25 day of March, 2016.

_____
John Ferris, Debtor

## Pay Stub 1

Rate: 3,511.85  Direct Deposit  Date: 03/04/16  Net: 2220.61

| EARNINGS | QUANTITY | CURRENT |
|---|---|---|
| REGULAR HOURS | | 3511.85 |
| RETIREMENT ALLOWANC | | 175.59 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| DEFERRED COMP ICMA | 25.00 | 125.00 |
| DENTAL HIGH SINGLE | 23.30 | 116.50 |
| MED (03359) FAMILIY | 203.46 | 1017.30 |
| RETIREMENT - GEN | 175.59 | 877.95 |
| SUPPLEMENTAL LIFE | 1.35 | 6.75 |
| FSA-UNREIMBURSED M | 104.16 | 520.80 |
| VISION SINGLE + CH | 4.09 | 20.45 |
| FEDERAL WITHHOLDIN | 603.73 | 3018.65 |
| MEDICARE (1.45%) | 48.59 | 242.95 |
| SOCIAL SECUREITY (6 | 207.77 | 1038.85 |
| GROUP DEPENDENT LI | .62 | 3.10 |
| AM FIDELITY - DISA | 29.92 | 149.60 |
| SPOUSE SUPP LIFE | .68 | 3.40 |
| ICMA EMPLOYEE PAYB | 24.02 | 120.10 |
| Other Deductions | 14.55 | 72.75 |

| ACCRUAL | EARNED | USED | BALANCE |
|---|---|---|---|
| ELT | | | |
| LTH | | | |
| SIC | | | |
| VAC | | | |

## Pay Stub 2

Rate: 3,511.85  Direct Deposit  Date: 02/19/16  Net: 2220.61

| EARNINGS | QUANTITY | CURRENT |
|---|---|---|
| REGULAR HOURS | | 3511.85 |
| RETIREMENT ALLOWANC | | 175.59 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| DEFERRED COMP ICMA | 25.00 | 100.00 |
| DENTAL HIGH SINGLE | 23.30 | 93.20 |
| MED (03359) FAMILIY | 203.46 | 813.84 |
| RETIREMENT - GEN | 175.59 | 702.36 |
| SUPPLEMENTAL LIFE | 1.35 | 5.40 |
| FSA-UNREIMBURSED M | 104.16 | 416.64 |
| VISION SINGLE + CH | 4.09 | 16.36 |
| FEDERAL WITHHOLDIN | 603.73 | 2414.92 |
| MEDICARE (1.45%) | 48.59 | 194.36 |
| SOCIAL SECUREITY (6 | 207.77 | 831.08 |
| GROUP DEPENDENT LI | .62 | 2.48 |
| AM FIDELITY - DISA | 29.92 | 119.68 |
| SPOUSE SUPP LIFE | .68 | 2.72 |
| ICMA EMPLOYEE PAYB | 24.02 | 96.08 |
| Other Deductions | 14.55 | 58.20 |

| ACCRUAL | EARNED | USED | BALANCE |
|---|---|---|---|
| ELT | | | |
| LTH | | | |
| SIC | | | |
| VAC | | | |

THE CITY OF FORT WALTON BEACH - 107 MIRACLE STRIP PKWY SW - FORT WALTON BEACH, FLORIDA 32548-5614

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

THIS CHECK IS VOID WITHOUT A BLUE & BROWN BACKGROUND AND AN ARTIFICAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**CITY OF FORT WALTON BEACH**
DIRECT DEPOSIT RECEIPT
107 MIRACLE STRIP PKWY SW
FORT WALTON BEACH, FLORIDA 32548

DATE 2/19/16

| ACCOUNT TYPE | ROUTING/ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| Checking | | **2,220.61 |

VOID *** VOID *** VOID *** VOID *** VOID *** VOID *** VOID *** VOID **

ON BEHALF OF EMPLOYEE
BRANDY FERRIS
1855 STELLA LANE, UNIT 635
FORT WALTON BEACH, FLORIDA 32548

DIRECT DEPOSIT RECEIPT
**NON-NEGOTIABLE**